Joseph Broderick, as Superintendent of Banks of the State of New York, Plaintiff, v. Max Aaron and Others, Defendants, Impleaded with Newburger, Henderson & Loeb and Newburger, Loeb & Co., Respondents, Ralph Bristol and Others, [Defendants; Mrs. Allen Rose Zimmerman, Appellant, Impleaded at the Instance of the Defendants Composing the Firm of Newburger, Henderson & Loeb and Newburger, Loeb & Co.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin O'Malley, Townley and Glennon, JJ.; Townley and Glennon, JJ., dissent and vote to reverse and grant motion to dismiss, with leave to serve an amended cross-pleading showing liability on the part of the appellant.

Hermina Vandeweghe v. City of New York.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

The People of the State of New York ex rel. Harry Packard v. James S. Bolan, Commissioner of Police of the City of New York, His Agents, Servants, Subordinates and Others, and Warden of the City Prison, Known as the Tombs Prison, Having the Custody of the Relator, Harry Packard.— Motion for leave to appeal to the Court of Appeals denied. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Irving Trust Company, as Trustee in Bankruptcy of Cliffoyd Manufacturing Company, Respondent, v. B. Lindner & Bro., Inc., Appellant.*— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Order filed. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

John Brady and Newton Goodridge, Appellants, v. Kentucky Holding Co., Inc., and Charles Newmark, Respondents.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of Proving the Last Will and Testament of Michael Windburn, Deceased, as a Will of Real and Personal Property.†— Decree affirmed, with costs to the respondents payable out of the estate. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Cinema Corporation of America, Respondent, v. Cecil B. DeMille, Defendant, Impleaded with Konrad Bercovici, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [149 Misc. 358.]

George Hauenstein, Respondent, v. Alois Koenig, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Emile H. Burgin and Another, Respondents, v. Lewis A. Yancey, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Rosalie Hochsteter, Appellant, v. Prospect Building and Contracting Corporation and Another, Defendants, Impleaded with Minnie Petchy and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

* Modified, 264 N. Y. 165.    †Appeal dismissed, 264 N. Y. 620.